# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bobby Hoffman, | No. CV-23-01247-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Pride Security LLC, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Settlement (Doc. 44) and the Stipulation to Extend Plaintiff's Time to File Response (Doc. 45). After review of these filings,

**IT IS ORDERED** that a Stipulation to Dismiss shall be filed on or before <u>January 29, 2024</u>. If a Stipulation to Dismiss has not been filed by this deadline, the parties shall file a Status Report to the Court on that date.

**IT IS FURTHER ORDERED** that all pending motions in this case (Docs. 21, 42) are **denied, without prejudice.** These motions may be refiled if full performance of the settlement is not reached. The Stipulation (Doc. 45) is therefore **denied as moot**.

Dated this 30th day of November, 2023.

Honorable Diane J. Humetewa
United States District Judge